◼ JOSEPH L. FORSTADT, Appellant-Respondent, v SALLY L. FORSTADT, Respondent-Appellant.—Appeals and cross appeal from an order of the Supreme Court, New York County

(Robert White, J.), entered on or about November 21, 1985, and judgment of said court, entered on February 5, 1986, unanimously withdrawn. No opinion. Concur—Murphy, P. J., Sullivan, Lynch and Wallach, JJ.